## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

ISOKE ROBINSON,

      Plaintiff,

v.

DION CORBIN, PATRICK MIFSUD,
SEAMUS WADERLOW, KYLE ARELLA,
and THE CITY OF DETROIT,

      Defendants.

_____/

Case No. 2:23-cv-12676-FKB-APP
District Judge: F. Kay Behm
Magistrate Judge: Anthony P. Patti

## ORDER TO DISMISS CASE

This matter coming before the Court upon stipulation of the undersigned counsel for entry of an order dismissing this action, the Court being advised in the premises,

**IT IS HEREBY ORDERED:**

1. This action is dismissed with prejudice and without costs and without attorney fees to any party.

2. This order resolves the last pending claims and closes the case.

Date: January 16, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge

1

The undersigned stipulate to entry of the above order:

  /s/ Paul Matouka w/permission           /s/ Ben Patterson
Paul Matouka                       Ben Patterson
Attorney for Plaintiff             Attorney for Defendants
Oliver Bell Group                  City of Detroit Law Dept.
50 W. Big Beaver Rd. Suite 200     2 Woodward Avenue #500
Troy, MI 48084                     Detroit, MI  48226